UNITED STATES of America, Appellee,

v.

Joseph DELHALL, Defendant–Appellant.

No. 04–2660–CR.

United States Court of Appeals, Second Circuit.

Nov. 30, 2004.

Charles S. Kleinberg, Assistant United States Attorney for Roslynn R. Mauskopf, United States Attorney for the Eastern District of New York (Peter A. Norling, Assistant United States Attorney), (on submission), Brooklyn, NY, for Appellee, of counsel.

Edward S. Zas, The Legal Aid Society, Federal Defender Division, Appeals Bureau (on submission), New York, NY, for Defendant–Appellant.

Present: CALABRESI, B.D. PARKER, Jr., and RAGGI, Circuit Judges.

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is **AFFIRMED.**

Defendant–Appellant Joseph Delhall appeals from a judgment of the United States District Court for the Eastern District of New York (Ross, *J.*) convicting him, following his plea of guilty, of illegal reentry in violation of 8 U.S.C. §§ 1326(a) and (b)(2). The District Court sentenced Delhall to 57 months of imprisonment, three years of supervised release, and a special assessment of $100.

On appeal, Delhall challenges the constitutionality of his sentence under the Supreme Court's decision in *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). This Court has held, however, that we will not consider *Blakely* challenges to the Federal Guidelines until the Supreme Court rules on cases before it raising the issue. *United States v. Mincey,* 380 F.3d 102, 106 (2d Cir.2004). Accordingly, we reject the defendant's claims at this time.

The mandate in this case will be held pending the Supreme Court's decision in *United States v. Booker,* —— U.S. ——, 125 S.Ct. 11, 159 L.Ed.2d 838 (2004) (cert.granted), and *United States v. Fanfan,* —— U.S. ——, 125 S.Ct. 12, 159 L.Ed.2d 838 (2004) (cert.granted). Should any party believe there is a need for the District Court to exercise jurisdiction prior to the Supreme Court's decision, it may file a motion seeking issuance of the mandate in whole or in part. The parties will have until fourteen days following the Supreme Court's decision in *Booker* and *Fan-*

*fan* to file petitions for rehearing in light of the Supreme Court's decision.

We have considered all of the defendant's arguments and find them to be without merit. We therefore AFFIRM the judgment of the District Court.